UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-cv-00167

LUIS GEREDA,

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC., AND CESAR BERMUDEZ,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff Luis Gereda, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 31st day of January 2025.

    s/Patrick Brooks LaRou, Esq.
    Patrick Brooks LaRou, Esq.
    Fla. Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:  305.230.4884
    *Counsel for Plaintiff*