UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

LUIS GEREDA,                                          CASE NO.: 6:25-CV-167-JSS/RMN

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC., AND
CESAR BERMUDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Luis Gereda, pursuant to M.D. Fla. Local Rule 2.02, designates Brian H. Pollock, Esq., of FairLaw Firm as lead counsel.

Respectfully submitted this 3rd day of February 2025,

                                            Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:   305.230.4884
                                            *Lead Counsel for Plaintiff*