UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-CV-167-SNEED/NORWAY

LUIS GEREDA,

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC., AND CESAR BERMUDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, CESAR BERMUDEZ.

Plaintiff, Luis Gereda files the Return of Service on Defendant Cesar Bermudez. (served on February 6, 2025).

Dated this 11th day of February 2025.

                s/Brian H. Pollock, Esq.
                Brian H. Pollock, Esq.
                Fla. Bar No. 174742
                brian@fairlawattorney.com
                FAIRLAW FIRM
                135 San Lorenzo Avenue
                Suite 770
                Coral Gables, FL 33146
                Tel:   305.230.4884
                *Counsel for Plaintiff*