# VERIFIED RETURN OF SERVICE

Job # MIA21382

### Client Info:
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
LUIS GEREDA
-versus-
**DEFENDANT:**
STERLING BUILDING SERVICES, INC, and CESAR BERMUDEZ

UNITED STATES DISTRICT COURT
Court Division: CIVIL ACTION

Court Case # **6:25-CV-167-FSS/RMN**

### Service Info:

Received by BENNY GONZALEZ: on February, 6th 2025 at 09:10 AM
**Service:** I Served **Cesar Bermudez**
With: **SUMMONS; COMPLAINT**
by leaving with **Cesar Bermudez, PERSONALLY**

**At Place of Employment 110 BAYWOOD AVE. LONGWOOD, FL 32750**
On **2/6/2025** at **11:40 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

### Served Description: (Approx)

Age: **55**, Sex: **Male**, Race: **Hispanic**, Height: **5' 9"**, Weight: **220**, Hair: **Gray** Glasses: **No**

I **BENNY GONZALEZ** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_(signature)_

**BENNY GONZALEZ**
Lic # **180016 & 0298**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # 6:25-CV-167-SNEED/NORWAY
Ref # ORL250634




1 of 1

Case 6:25-cv-00167-JSS-RMN   Document 18-1   Filed 02/13/25   Page 3 of 4 PageID 458
Case 6:25-cv-00167-JSS-RMN   Document 10-1   Filed 02/05/25   Page 2 of 2 PageID 46
INITIALS: DO/TD/JS0010 & 0298
DATE: 2/6/2025 TIME: 11:40 AM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUIS GEREDA<br><br>*Plaintiff(s)*<br>v.<br>STERLING BUILDING SERVICES, INC., AND CESAR BERMUDEZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  6:25-CV-167-JSS/RMN<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   CESAR BERMUDEZ
110 BAYWOOD AVENUE
LONGWOOD, FL 32750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:  (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  February 5, 2025                                                        *Gabriella Lobaina*
                                                                                                *Signature of Clerk or Deputy Clerk*