UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-CV-167-SNEED/NORWAY

LUIS GEREDA,

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC., AND CESAR BERMUDEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, STERLING BUILDING SERVICES, INC.**

Plaintiff, Luis Gereda files the Return of Service on Defendant Sterling Building Services, Inc. (served on February 6, 2025).

Dated this 11th day of February 2025.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*