UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

        Plaintiff,

CASE NO.: 6:25-CV-167-JSS/RMN

vs.

STERLING BUILDING SERVICES, INC.
and CESAR BERMUDEZ,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF RELATED ACTION**

Plaintiff, Luis Gereda, in accordance with Local Rule 1.07(c), certifies that the instant action:

\_\_\_\_\_    IS related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency as indicated below:

\_\_X\_\_    IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency.

Plaintiff, Luis Gereda, further certifies that Plaintiff will serve a copy of this Notice of Related Action upon each party no later than fourteen days after appearance of that party.

Respectfully submitted this 17th day of February 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
