IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,                                    Case No.: 6:25-cv-00167-JSS-RMN

        Plaintiff,

v.

STERLING BUILDING SERVICES, INC.,
and CESAR BERMUDEZ,

        Defendants.

_____/

## **NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

    **Jessica DeBono Anderson, Esq.**, of Cole, Scott & Kissane, P.A., who is

admitted and authorized to practice in this Court, hereby gives notice of her

appearance in this case as counsel for Defendants, STERLING BUILDING

SERVICES, INC. and CESAR BERMUDEZ.

    DATED this 27th day of February, 2025.

                Respectfully submitted,

                ***/s/Jessica DeBono Anderson***
                JESSICA DEBONO ANDERSON
                LEAD COUNSEL
                Florida Bar No:  50583
                COLE, SCOTT & KISSANE, P.A.
                222 Lakeview Avenue, Suite 500

1

West Palm Beach, Florida 33401
Primary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February, 2025, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Jessica DeBono Anderson*