IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA, Case No.: 6:25-cv-00167-JSS-RMN

Plaintiff,

v.

STERLING BUILDING SERVICES, INC.,
and CESAR BERMUDEZ,

Defendants.

________________________________/

**DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), Defendants, STERLING BUILDING SERVICES, INC. and CESAR BERMUDEZ, designate Jessica DeBono Anderson, Esq. of Cole, Scott, & Kissane, P.A. as lead counsel for Defendants in this action.

DATED this 27th day of February, 2025.

Respectfully submitted,

***/s/Jessica DeBono Anderson***

JESSICA DEBONO ANDERSON
LEAD COUNSEL
Florida Bar No: 50583
COLE, SCOTT & KISSANE, P.A.
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Primary Email:
Jessica.Anderson@csklegal.com
Secondary Email:

Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of February, 2025, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

***/s/ Jessica DeBono Anderson***