IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,            Case No.: 6:25-cv-00167-JSS-RMN

    Plaintiff,

v.

STERLING BUILDING SERVICES, INC.,
and CESAR BERMUDEZ,

    Defendants.

_____/

**<u>Defendants' Notice of Pendency of Other Actions</u>**

Defendants, STERLING BUILDING SERVICES, INC., and CESAR BERMUDEZ, in accordance with Local Rule 1.07, certify that the instant action:

| | | |
|---|---|---|
| _____ | IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |
| __X__ | IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

Defendants, STERLING BUILDING SERVICES, INC., and CESAR BERMUDEZ, further certify that they will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

DATED this 27th day of February, 2025.

Respectfully submitted,

*/s/Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
LEAD COUNSEL
Florida Bar No: 50583
COLE, SCOTT & KISSANE, P.A.
222 Lakeview Avenue, Suite 500
West Palm beach, Florida 33401
Primary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February, 2025, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Jessica DeBono Anderson*