IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,                                              Case No.: 6:25-cv-00167-JSS-RMN

    Plaintiff,

v.

STERLING BUILDING SERVICES, INC.,
and CESAR BERMUDEZ,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendants, STERLING BUILDING SERVICES, INC. and CESAR BERMUDEZ ("Defendants"), by and through their undersigned counsel and pursuant to Local Rule 3.09, hereby gives notice that the Parties have reached an agreement to settle this matter and state:

1. The Parties are preparing settlement documents, including a *Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice* ("Joint Motion") to be filed with the Court.

2. It is anticipated that the Joint Motion, together with the Parties' executed settlement agreement as to the settlement of Plaintiff's his FLSA claim, will be filed with the Court within the next thirty (30) days.

DATED this 27th day of February, 2025.

        Respectfully submitted,

        */s/Jessica DeBono Anderson*
        JESSICA DEBONO ANDERSON
        LEAD COUNSEL
        Florida Bar No:  50583
        COLE, SCOTT & KISSANE, P.A.
        222 Lakeview Avenue, Suite 500
        West Palm beach, Florida 33401
        Primary Email:
        Jessica.Anderson@csklegal.com
        Secondary Email:
        Cynthia.Acuna-Nelson@csklegal.com
        Telephone: (321) 972-0037
        Facsimile: (321) 972-0099
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of February, 2025, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

        */s/ Jessica DeBono Anderson*