UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

    Plaintiff,

v.                                              Case No: 6:25-cv-167-JSS-RMN

STERLING BUILDING SERVICES,
INC. and CESAR BERMUDEZ,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

Upon review, the parties advised the court in their Notice of Settlement filed on February 27, 2025, (Dkt. 18), that the parties would file a joint motion for settlement approval within thirty days. To date, the parties have failed to file the motion.

Therefore, it is **ORDERED** that the parties shall **SHOW CAUSE** and file a response to this order within **fourteen** days from the date of this order why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the case without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on April 2, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record