UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

                                               CASE NO.: 6:25-CV-167-JSS/RMN

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC.
and CESAR BERMUDEZ,

    Defendants.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Luis Gereda ("Plaintiff"), and Defendants, Sterling Building Services, Inc. and Cesar Bermudez (collectively "Defendants"), by and through their respective undersigned counsel, file this Joint Response to the Court's Order to Show Cause.

1. The parties and their counsel recognize the importance of deadlines established by the Court and adherence to them.

2. Herein, the parties did not violate an Order rendered by the Court or a deadline established by the Court.

3. The parties filed a Notice of Settlement on February 27, 2025 [DE 18], wherein they indicated they had resolved this matter and were proceeding to negotiate the documents necessary to formalize the resolution of this matter.

4. Therein, the parties indicated they "anticipated" requesting the Court's approval and submitting the executed settlement agreement within 30 days thereof.

1

5. Certain nuances arose as the parties negotiated the settlement agreement's language regarding payment of the settlement funds and related tax issues, and the parties took longer than they anticipated to resolve these nuances.

6. However, the parties filed their Joint Motion [DE 20] along with the executed settlement agreement earlier today.

7. Having shown good cause for the parties' failure to file their Joint Motion for Approval of FLSA Settlement and Dismissal With Prejudice by their anticipated 30-day deadline, the parties jointly request that the Court determine that they have shown sufficient cause to have the Order to Show Cause [DE 19] discharged, and to then allow this cause to proceed on the merits.

WHEREFORE Plaintiff, Luis Gereda, and Defendants, Sterling Building Services, Inc. and Cesar Bermudez, request that the Court discharge the Show Cause Order entered on April 2, 2025, based on the good cause shown above.

Respectfully submitted this 4th day of March 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou<br>Brian H. Pollock, Esq. (174742)<br>brian@fairlawattorney.com<br>Patrick Brooks LaRou, Esq. (1039018)<br>brooks@fairlawattorney.com<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br>*Counsel for Plaintiff* | s/ Jessica DeBono Anderson<br>Jessica DeBono Anderson, Esq. (50583)<br>jessica.anderson@csklegal.com<br>COLE, SCOTT & KISSANE, P.A.<br>222 Lakeview Avenue, Suite 500<br>West Palm Bean, Florida 33401<br>Telephone: (321) 972-0037<br>*Counsel for Defendants* |