UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

        CASE NO.: 6:25-CV-167-JSS/RMN

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC.
and CESAR BERMUDEZ,

    Defendants.
_____/

**JOINT NOTICE REGARDING TERMS OF SETTLEMENT**

Plaintiff, Luis Gereda ("Plaintiff"), and Defendants, Sterling Building Services, Inc. and Cesar Bermudez ("Defendants"), (collectively referred to as the "Parties") by and through their respective undersigned counsel, file this Joint Notice pursuant to the Court's Order entered April 7, 2025 [D.E. 22].

1. The Parties have not entered into any agreement, oral or written, other than their Settlement Agreement and Release submitted to the Court [D.E. 20-1] (the "Agreement").

2. In addition to releasing his FLSA claims, Plaintiff has agreed to release all other existing claims against Defendants in exchange for separate consideration from the settlement funds he will receive in connection with his FLSA claims. [*See* D.E. 20-1, at 2-3.]

3. While the Agreement does contain a release of non-FLSA claims, it does not contain a confidentiality provision or non-disparagement provision.

4. Under the Agreement, Plaintiff's counsel will receive $6,000.00 in

attorneys' fees and costs [*see* D.E. 20-1, at 3], although Plaintiff's counsel has actually incurred approximately $6,616.40 in fees and $563.00 in costs. Below is an itemization of Plaintiff's attorneys' fees billed to date:

    a. Brian H. Pollock, Esq. ($500 per hour) – 2.3 hours;

    b. Patrick Brooks LaRou, Esq. ($325 per hour) – 14.2 hours;

    c. Steffany Sanguino ($165 per hour) – 5.16 hours.

5.    This Court has previously approved each of the above hourly rates in similar FLSA cases. *See, e.g.*, *Machulas vs. Blue Ox Enterprises, LLC*, M.D. Fla. Case No. 6:24-CV-1245-DCI (approving FLSA settlement, including attorneys' fees for same counsel with same rates).

6.    Below is an itemization of all costs that Plaintiff has incurred in connection with this action:

    a. Filing Fee – $405.00;

    b. Service of Process on Sterling Building Services, Inc. – $79.00;

    c. Service of Process on Cesar Bermudez – $79.00.

WHEREFORE Plaintiff, Luis Gereda, and Defendants, Sterling Building Services, Inc. and Cesar Bermudez, request that the Court grant their Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice [D.E. 20], conditioned on the Court retaining jurisdiction to enforce the terms of the Parties' Agreement. *See Anago Franchising, Inc. v. Shaz. LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Respectfully submitted this 10th day of April 2025.

<table>
<tr><td>

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

</td><td>

s/ Jessica DeBono Anderson
Jessica DeBono Anderson, Esq. (50583)
jessica.anderson@csklegal.com
COLE, SCOTT & KISSANE, P.A.
222 Lakeview Avenue, Suite 500
West Palm Bean, Florida 33401
Telephone: (321) 972-0037
*Counsel for Defendants*

</td></tr>
</table>