UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

                                                  CASE NO.: 6:25-CV-167-JSS/RMN

    Plaintiff,

vs.

STERLING BUILDING SERVICES, INC.
and CESAR BERMUDEZ,

    Defendants.
_____/

## RENEWED JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiff, Luis Gereda ("Plaintiff"), and Defendants, Sterling Building Services, Inc. and Cesar Bermudez ("Defendants"), (collectively referred to as the "Parties") by and through their respective undersigned counsel, file this Joint Motion requesting the Court to reconsider approving the settlement of this case following the Court's Order entered April 17, 2025 [D.E. 22].

1. The Court entered an Order on April 17, 2025, denying the parties' request to approve their settlement agreement due to "one flaw" – it allowed for modification by the parties after Court approval. [D.E. 22 at 5.]

2. The Court is correct that a provision permitting the post hoc modification of a settlement agreement after Court approval would render *Lynn's*

1

*Food* meaningless.

3. The parties did not intend to reserve the right to circumvent the Court's oversight after approval when they included this fairly common language in their written settlement agreement.

4. The Parties appreciate the Court's oversight and have removed the offending provision in their Amended Settlement Agreement and Release, appended hereto as Exhibit "A".

5. Having remedied the "one flaw" identified by the Court, the Parties request the Court enter an Order approving the Amended Settlement Agreement and Release as fair and reasonable and retain jurisdiction to enforce it.

WHEREFORE Plaintiff, Luis Gereda, and Defendants, Sterling Building Services, Inc. and Cesar Bermudez, request that the Court enter an Order approving their Amended Settlement Agreement and Release, and Dismiss Lawsuit with Prejudice, conditioned on the Court retaining jurisdiction to enforce the terms of the Parties' Agreement. *See Anago Franchising, Inc. v. Shaz. LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Respectfully submitted this 22nd day of April 2025.

| | |
|---|---|
| s/ Brian H. Pollock<br>Brian H. Pollock, Esq. (174742)<br>brian@fairlawattorney.com<br>Patrick Brooks LaRou, Esq. (1039018)<br>brooks@fairlawattorney.com<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br>*Counsel for Plaintiff* | s/ Jessica DeBono Anderson<br>Jessica DeBono Anderson, Esq. (50583)<br>jessica.anderson@csklegal.com<br>COLE, SCOTT & KISSANE, P.A.<br>222 Lakeview Avenue, Suite 500<br>West Palm Bean, Florida 33401<br>Telephone: (321) 972-0037<br>*Counsel for Defendants* |