UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS GEREDA,

      Plaintiff,

v.                                                                          Case No: 6:25-cv-167-JSS-RMN

STERLING BUILDING SERVICES,
INC. and CESAR BERMUDEZ,

      Defendants.

_____/

## ORDER

On January 31, 2025, Plaintiff, Luis Gereda, initiated this lawsuit against Defendants, Sterling Building Services, Inc. and Cesar Bermudez, asserting violations of the Fair Labor Standards Act as well as claims of breach of contract and unjust enrichment. (Dkt. 1.) Defendants later filed a notice of settlement, (Dkt. 18), and the parties subsequently moved for approval of their proposed settlement agreement, (Dkt. 20). United States Magistrate Judge Robert M. Norway denied that motion because the proposed settlement agreement "contemplate[d] that it may be modified by writing." (Dkt. 25 at 5.) The parties then amended their settlement agreement to correct that flaw and renewed their motion for approval. (Dkt. 26.) On April 23, 2025, Judge Norway entered a report and recommendation recommending that the renewed motion be granted. (Dkt. 27.) No party has filed an objection to Judge Norway's report and recommendation, and the time to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72. With respect to non-dispositive matters, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see Jordan v. Comm'r, Miss. Dep't of Corr.*, 947 F.3d 1322, 1327 (11th Cir. 2020). For dispositive matters, the district judge must conduct a de novo review of any portion of the report and recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the magistrate judge's findings, conclusions, and recommendations, and giving de novo review to matters of law, the court adopts the report and recommendation in full.

Accordingly:

1. Judge Norway's recommendation (Dkt. 27) is **ADOPTED**.

2. The parties' joint motion for settlement approval (Dkt. 26) is **GRANTED in part** and **DENIED in part**.

    a. The court denies the parties' request that the court retain jurisdiction to enforce the terms of their agreement.

    b. The motion is otherwise **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to terminate any pending deadlines and motions and to close this case.

    **ORDERED** in Orlando, Florida, on May 13, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record